Case 5:23-cv-00054   Document 14   Filed on 06/23/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOANN VALDERAS AS NEXT FRIEND AND ON BEHALF OF J.V., a minor, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-00054 |
| JIM HOGG COUNTY ISD, | § § § | |
| Defendant. | § | |

## ORDER

On June 22, 2023, Plaintiff Joann Valderas as next friend and on behalf of J.V., a minor, and Defendant Jim Hogg County Independent School District filed a self-effectuating Stipulation of Dismissal with Prejudice (Dkt. 13). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation, signed by counsel for all Parties, notifies the Court that the case has been dismissed with prejudice. *See* FED. R. CIV. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this June 23, 2023.

_____
Diana Saldaña
United States District Judge